FILED

18 DEC -6 PM 3:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 18CR5260 CAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Title 18, U.S.C., Sec. 956 - Conspiracy to Kill in a Foreign Country; Title 18, U.S.C., Sec. 1201(c) - Conspiracy to Kidnap |
| SALAM RAZUKI (1), SYLVIA GONZALES (2), ELIZABETH JUAREZ (3), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing through on or about November 16, 2018, within the Southern District of California, defendants SALAM RAZUKI, SYLVIA GONZALES, and ELIZABETH JUAREZ did knowingly and intentionally conspire with each other to commit at a place outside the United States, to wit: Mexico, an act that would constitute the offense of murder and kidnapping if committed in the special maritime and territorial jurisdiction of the United States.

//
//

FAS:nlv:San Diego:12/6/18

To effect the object of the conspiracy, a conspirator committed the following act within the jurisdiction of the United States:

On or about November 9, 2018, in San Diego, California, GONZALES paid $1,000 in U.S. currency as a down payment to kidnap and kill Victim 1.

All in violation of Title 18, United States Code, Section 956.

## Count 2

Beginning on a date unknown to the grand jury and continuing through on or about November 16, 2018, within the Southern District of California, defendants SALAM RAZUKI, SYLVIA GONZALES, and ELIZABETH JUAREZ did knowingly and intentionally conspire with each other to unlawfully seize, confine, inveigle, kidnap, abduct and carry away Victim 1 for another purpose, to wit: intimidation and murder, and to willfully transport Victim 1 in interstate and foreign commerce.

To effect the object of the conspiracy, a conspirator did the following overt act:

On or about November 9, 2018, in San Diego, California, GONZALES paid $1,000 in U.S. currency as a down payment to kidnap and kill Victim 1.

All in violation of Title 18, United States Code, Section 1201(c).

DATED: December 6, 2018.

A TRUE BILL:

Foreperson

ADAM L. BRAVERMAN
United States Attorney

By:
FRED SHEPPARD
Assistant U.S. Attorney

2