ROBERT S. BREWER, JR
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorneys
California State Bar No. 250781
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: 619 546-8237

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18CR5260-CAB |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ATTORNEY EYES ONLY PROTECTIVE ORDER** |
| SALAM RAZUKI et al., | |
| Defendants. | |

The parties, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, United States Attorney, and Fred Sheppard and Shital Thakkar, Assistant United States Attorneys, and the above-captioned defendants, through their defense counsel hereby jointly move, for this Court to enter an "Attorney Eyes Only" protective order. The protective order is being sent to chambers contemporaneous with this filing.

Respectfully submitted,

ROBERT S. BREWER
United States Attorney

DATED: January 24, 2020

s/ Fred Sheppard
FRED SHEPPARD
SHITAL THAKKAR
Assistant U.S. Attorneys

| | | |
|---|---|---|
| DATED: | | s/ Thomas Warwick/Antonio Yoon |
| | | THOMAS WARWICK |
| | | ANTONIO YOON |
| | | Attorney for defendant |
| | | Salem Razuki (1) |

DATED:                                  s/ Brian Funke
                                        BRIAN FUNKE
                                        Attorney for defendant
                                        Sylvia Gonzales (2)

DATED:                                  s/ Allen Bloom
                                        ALLEN BLOOM
                                        Attorney for defendant
                                        Elizabeth Juarez (3)