**THOMAS WARWICK**
California State Bar No. 56200
101 W. Broadway, Suite 810
San Diego, California 92101
Telephone: (619) 232-0600
Email: antonioyoon@att.net
Attorney for Mr. Razuki

**ALLEN BLOOM**
California State Bar No. 65235
6952 Camino Pacheco
San Diego, California 92111
Telephone: (619) 235-0508
Email: abloom@allenbloom.com
Attorney for Ms. Juarez

**BRIAN P. FUNK**
California State Bar #110462
964 5th Ave #214
San Diego, CA 92101
Telephone: (619) 233-4076
Email: bfunklaw@cs.com
Attorney for Ms. Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18cr5260-CAB |
| Plaintiff, | |
| v. | **NOTICE OF JOINT MOTION AND MOTION TO:** |
| SALAM RAZUKI, SILVIA GONZALEZ ELIZABETH JUAREZ, | **(1) VACATE DEADLINES AND SET A STATUS HEARING DATE TO SET A NEW MOTIONS AND TRIAL DATE** |
| Defendant. | |

TO:  ROBERT S. BREWER, UNITED STATES ATTORNEY; AND
     FRED SHEPPARD, ASSISTANT UNITED STATES ATTORNEY:

18cr5260-CAB

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the defendants, Salam Razuki, by and through his attorneys, Thomas J. Warwick and Antonio Yoon, Sylvia Gonzalez, by and through her attorney, Brian Funk, and Elizabeth Juarez, by and through her attorney, Allen Bloom, will ask this Court to enter an order granting the motion outlined below.

# I.
# MOTION

The defendants, and each of them, by and through their attorneys pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Vacate current Motion Filing Dates and set a Telephonic Status Hearing Date to set a new motion schedule and a new trial date.

This motion is based upon the instant motion and notice of motion, the incorporated statement of facts and authorities and other materials that may come to this Court's attention at or before the time of the hearing on these motions.

# II.
# INTRODUCTION

On October 2, 2020 the court held a status hearing and set several filing deadlines and a *prospective* trial date. (See Scheduling Order for Pretrial Disclosures, Motions and Trial, ECF Document 103, filed October 5, 2020). The dates were set based on the assumption that most of the Government's case was relatively settled (though it was anticipated that *some* additional materials would be provided) and to allow the defense a reasonable period of time to digest any new information, file prospective inlimine motions, and generally provide all parties time to prepare for an April, 2021 trial.

On or about October 30, 2020 the government produced Discovery Phase 7 - a flash drive, which included copies of some 6000 emails from Gonzalez, Razuki, and Milan,

perhaps 500 pages of hundreds of pages of reports, 6 audio recordings of phone calls and interviews, and multiple pages of Grand Jury testimony.[1]

On November 30, 2020 the government produced Discovery Phase 8 which included four wallet hard-drives and six (6) CDs.

An initial triage of the these materials by Attorney Bloom has resulted in the following observations:

1. One of the wallet flash drives cannot be opened, at all;
2. Over half of the media contain files which cannot be opened;
3. Some of the media have files which open but demand highly specialized software and knowledge to be able to review the contents;
4. The content of the five flash drives and six CD´s, in part, contain files which are labeled with generic phrases such as "Contents", making review and organization more difficult.
5. Of the items that were capable of being opened, it was observed that they contain a huge volume of texts, emails, copies of computer files, and audio containing which appear to contain perhaps 25,000 items (actually, this number is an estimate, and may turn out to be far in excess of this number.)
6. It appears that Discovery Phase 7 and 8 may ultimately be found to exceed the entire content of phase 1-6 combined, and will take 2 months to review and digest the contents.

Counsel for Ms. Gonzalez has further advised that he will seek to hire a tech savvy paralegal to review this latest batch of discovery.

Given the voluminous amount of discovery that has been recently produced, none of the defendants have completed a review of the discovery and thus none of the defendants can make any meaningful Rule 16 disclosures by December 30 without first reviewing and intelligently analyzing all the discovery. It is also highly likely that the nature and substance

---

[1] For some reason, Attorney Bloom did not receive notification of Phase 7 until November 30, 2020.

of any additional motions will depend on a review of all the new discovery, including the filing of a renewed severance motion.

More significantly than being unable to meet the Court´s motion schedule, the Parties believe that the entire goal of the court to provide all the parties sufficient time to prepare for trial cannot be met with an April, 2021 trial date.

Additional matters have also occurred which put in jeopardy the April, 2021 trial date. There have been unexpected health circumstances which have occurred since the Court´s scheduling order.[2]

The parties request that the Court take Judicial Notice that the State of California has, within the past week, once again declared a public emergency and issued a stay-at-home order. The court in this District has done the same. (See Order of the Chief Judge No. 52, In the Matter of Renewed Suspension of Jury Trials and Other In-Person Proceedings During COVID-19 Public Emergency filed on December 7, 2020.) This has caused, and will continue to cause, a delay in the ability to interview defense witnesses which directly impacts many of the deadlines found in the Court's October 5, 2020 order.

It should be noted that during the initial months of the pandemic, the government was given additional time (about four months) to further prepare and interview witnesses in light of the pandemic. None of the defendants objected to this request for additional time.

In what has recently become a "race to a vaccine", it also appears that an April, 2021 trial date may be in jeopardy as it relates to availability of jurors, but this point is of greater conjecture. What is not of conjecture is that due to the huge volume of recently provided discovery, the defense will not be able to properly prepare for an April, 2021 trial.

---

[2] Counsel for Mr. Razuki has had to quarantine since December 4, following CDC guidelines, for 2 weeks because of possible exposure to the Covid-19 virus. Unfortunately, Mr. Razuki has also advised that he will have to quarantine for two weeks starting December 13 due to testing positive for Covid-19 (not related to his counsel) and he is currently being treated by both his cardiologist and his primary care doctor for this infection.

The defendant´s, and each of them, are requesting that the court to vacate the current deadlines and set a status hearing date as soon as possible at a time convenient to the parties, to set new motion deadlines and a new trial date.

Because of the Covid concerns for all the parties, including the medical condition of Mr. Razuki and his counsel, the risk of travel for counsel for Ms. Juarez, and the general concern for the recent spike of Covid cases, it is request that the status hearing be held telephonically.

### III.
### CONCLUSION

At the October, 2020 hearing, the Court advised the parties that if circumstances arose which required a modification of the schedule, the Court wanted the parties to promptly advise the Court and request a Status conference. In a timely manner, that is what the defendant´s are doing. All defendants respectfully move the court for an order vacating the upcoming deadlines and setting a telephonic status hearing in January or as soon as possible to address the issues raised in this motion.

Respectfully submitted,

DATED: December 17, 2020

 */s/ Thomas J. Warwick*
THOMAS J. WARWICK
ANTONIO YOON
Attorneys for Mr. Razuki

DATED: December 17, 2020

*/s/Brian Funk*
BRIAN FUNK
Attorneys for Ms. Gonzalez

DATED: December 17, 2020

*/s/Allen Bloom*
ALLEN BLOOM
Attorney for Ms. Juarez